

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| VALLEY FORGE MOTOR COMPANY, C/O PRESIDENT LEE URIAS, | § | No. 08-17-00257-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 41st District Court |
| | § | |
| RUBEN SIFUENTES D/B/A LEO'S | | of El Paso County, Texas |
| AUTO COLLISION, INC., | § | |
| | | (TC# 2015DCV3639) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, all costs in this Court. *See* TEX. R. APP. P. 43.5. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF JANUARY, 2020.

GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.